**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUBIN,<br><br>　　　　Defendant. | Case Nos. 5:25-po-00047-CDB; 5:25-cr-00001-CDB<br><br>CVB Violation E2152002 / CA10<br><br>ORDER TO REFUND<br><br>(Doc. 7) |

　　　　On March 4, 2025, Defendant Robert Rubin appeared through counsel for and pleaded not guilty at his initial appearance on Violation Notice E2152002.

　　　　On March 31, 2025, the United States of America filed a first superseding information, and thereafter, a second superseding information in Case No. 5:25-cr-00001-CDB.

　　　　On May 6, 2025, Defendant entered a plea of guilty to Count 2 of the second superseding information. On July 1, 2025, the Court imposed sentence of a fine and mandatory special assessment in the total amount of $410.00.

　　　　Prior to the entry of the judgment, on July 4, 2025, Defendant paid $410.00 to the Central Violations Bureau ("CVB"). However, that case had been administratively converted on the docket following the filing by the United States of America of an information. In short, because sentence was imposed on Defendant's guilty plea to Count 2 of the second superseding information, and not on the citation originally charged, payment of the fine imposed must be made to the Clerk of the Court as

directed in the Judgment, not to the CVB. Accordingly, the Court will order that Defendant's payment to the CVB be refunded and direct Defendant to make payment to the Clerk of the Court as ordered in the judgment (a copy of which has been transmitted to Defendant).

**Conclusion and Order**

Accordingly, for the foregoing reasons, it is HEREBY ORDERED that the CVB issue a refund to Defendant Robert Rubin in the amount of $410.00.

IT IS SO ORDERED.

Dated: **July 16, 2025**

_____
UNITED STATES MAGISTRATE JUDGE